IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00222–KMT

NILE J. BOLDT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

VENAXIS, INC.,
STEPHEN T. LUNDY, and
JEFFREY G. MCGONEGAL,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    The parties' "Joint Motion Regarding a Proposed Schedule and Joint Status Report" (Doc. No. 11, filed Mar. 23, 2015) is GRANTED. For good cause shown, the Scheduling Conference set for May 4, 2015 and the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint are VACATED. However, the parties are advised that the deadline for filing the Pilot Project Consent/Non-Consent Form remains set for May 4, 2015.

  Further, in light of the April 3, 2015 deadline for motions to appoint lead counsel, the following deadlines are hereby established:

-The Lead Plaintiff shall file an amended complaint, if any, within 60 days after entry of an order appointing the Lead Plaintiff;

-Defendants shall have 60 days from the filing of the amended complaint to answer or otherwise respond to the amended complaint;

-If Defendants move to dismiss the amended complaint, the Lead Plaintiff shall have 60 days to file a response to Defendants' motion to dismiss;

-Defendants may file a reply no later than 30 days after the filing of the Lead Plaintiff's

Response.

Dated: March 24, 2015