# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

Plaintiff(s),

v.

Defendant(s).
_____

**CONSENT FORM PURSUANT TO PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL CASES TO FULL TIME MAGISTRATE JUDGES**
_____

Under 28 U.S.C. § 636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges:

**CHECK ONE**

_____ all parties in this civil action **CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

_____ at least one party in this civil action **DOES NOT CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|

Print name

Print name

**Adopted January 15, 2014**

Signatures                    Party Represented                    Date

Print name

Print name

**NOTE:**   You must execute and file this Consent Form, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of: (1) not more than ten days after the scheduling conference; or (2) not more than forty-five days after the filing of the first response, other than an answer, to the operative complaint.

CERTIFICATE OF SERVICE

   I hereby certify that on May 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Rusty Evan Glenn | rusty@shumanlawfirm.com |
| Francis Paul McConville | fmcconville@pomlaw.com |
| Jeremy Alan Lieberman | jalieberman@pomlaw.com |
| Kip Brian Shuman | kip@shumanlawfirm.com |

/s/: *Mark Foster*

Somnath Raj Chatterjee
Mark R.S. Foster
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000
Email:  SChatterjee@mofo.com
Email:  MFoster @mofo.com

sf-3532619